UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RUSH RESIDENTIAL, INC., a Washington state corporation,<br><br>                       Plaintiff,<br><br>   v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY dba PHILADELPHIA INSURANCE COMPANIES,<br><br>                       Defendant. | CASE NO. 21-CV-05350-JLR-DWC<br><br>STIPULATION AND ORDER RE: PLAINTIFF'S LEAVE TO AMEND FIRST AMENDED COMPLAINT |

## I. STIPULATION

Pursuant to Federal Rule of Civil Procedure 15(a) and (d). Rush Residential, Inc. ("Plaintiff") and Philadelphia Indemnity Insurance Company ("Defendant"), hereby stipulate to Plaintiff's leave to file its Second Amended Complaint for Damages & Declaratory Relief attached hereto as **Exhibit A**.

STIPULATION AND ORDER RE: PLAINTIFF'S LEAE TO AMEND FIRST AMENDED COMPLAINT– Page 1
3:21-CV-05350-DWC

SMITH | ALLING PS
ATTORNEYS AT LAW

1501 Dock Street
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

## II. AUTHORITY FOR STIPULATION

Federal Rule of Civil Procedure 15(a) provides that, after an initial period for amendments as a matter of right, pleadings may be amended only **with the opposing party's written consent** or by leave of the court. Fed. R. Civ. P. 15(a). Further, "the court should freely give leave [to amend pleadings] when justice so requires." Fed. R. Civ. P. 15(a)(2). Federal policy favors freely allowing amendment so that cases may be decided on their merits, and in the Ninth Circuit, Rule 15(a)(2) is interpreted and applied with "extreme liberality." *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003). Plaintiff and Defendant further stipulation that the Defendant's Answer to Plaintiff's Second Amended Complaint shall be due 14 days from the date this stipulation is filed with the Court.

RESPECTFULLY SUBMITTED this 20th day of April, 2022.

SMITH ALLING, P.S.

By */s/Chad E. Ahrens*
    Chad E. Ahrens, WSBA #36149
    1501 Dock St
    Tacoma, WA 98402
    (253) 627-1091
    chad@smithalling.com
    Attorneys for Plaintiff, Rush Residential, Inc.

GORDON & POLSCER, L.L.C.

By */s/Brian C. Hickman*
    Brian C. Hickman, WSBA #50089
    9020 SW Washington Square Rd., Suite 560
    Tigard, OR 97223
    (503) 242-2922
    bhickman@gordon-polscer.com
    Attorneys for Defendant, Philadelphia Indemnity Insurance Company

STIPULATION AND ORDER RE: PLAINTIFF'S LEAE TO AMEND FIRST AMENDED COMPLAINT– Page 2
3:21-CV-05350-DWC

SMITH | ALLING PS
ATTORNEYS AT LAW
1501 Dock Street
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

1  It is so ORDERED. Plaintiff is directed to file the Second Amended Complaint on or
2  before April 26, 2022. Defendant's Answer to Plaintiff's Second Amended Complaint shall
3  be filed fourteen (14) days from the date the Second Amended Complaint is filed.

4  DATED this 22nd day of April, 2022.

_____
David W. Christel
United States Magistrate Judge

STIPULATION AND ORDER RE: PLAINTIFF'S LEAE TO
AMEND FIRST AMENDED COMPLAINT– Page 3
3:21-CV-05350-DWC

**SMITH | ALLING** PS
ATTORNEYS AT LAW

1501 Dock Street
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123