UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUSH RESIDENTIAL, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PHILADELPHIA INSURANCE COMPANIES,<br><br>　　　　　　　Defendant. | CASE NO. C21-5350JLR-DWC<br><br>ORDER |

Before the court is the parties' stipulated joint motion to continue the bench trial date and pretrial deadlines in this matter. (Mot. (Dkt. # 27).) They ask the court to continue their trial from its current scheduled date of October 2, 2023, to February 5, 2024, and to reset the pretrial deadlines in accordance with the new trial date. (*Id.* at 2; *see* Sched. Ord. (Dkt. # 22).) The parties represent that they are "engaged in efforts to reach an agreement that would resolve this case" and seek a continuance to "explore such a resolution further and to conduct discovery." (Mot. at 2.).

ORDER - 1

The court issues scheduling orders setting trial and related dates to provide a reasonable schedule for the resolution of disputes.  Pursuant to Federal Rule of Civil Procedure 16(b)(4), "[a] schedule may only be modified for good cause and with the judge's consent."  Fed. R. Civ. P. 16(b)(4).  Finding good cause, the court GRANTS the parties' motion to continue the trial date (Dkt. # 27), resets the parties' bench trial on **March 4, 2024** (the court's next available trial date after the parties' requested date), and resets all pretrial deadlines after and including the discovery motions deadline.[1]  The court DIRECTS the Clerk to issue a revised case schedule that resets these pretrial deadlines based on the new trial date.

Dated this 5th day of April, 2023.

JAMES L. ROBART
United States District Judge

---

[1] The court notes that the discovery motions deadline expired on March 22, 2023.  *See* Local Rules W.D. Wash. LCR 7(j) (providing that motions for relief from a deadline should be filed "sufficiently in advance of the deadline to allow the court to rule on the motion prior to the deadline").  The parties should be aware that the court will not grant a further trial continuance absent exceptional circumstances.

ORDER - 2