1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  RUSH RESIDENTIAL, INC.,                        CASE NO. C21-5350JLR-DWC

11                    Plaintiff /                  ORDER
                      Counter-Defendant,

12           v.

13  PHILADELPHIA INSURANCE
    COMPANIES,
14

15                    Defendant /
                      Counter-Claimant.

16

17      On October 17, 2023, the court granted Defendant / Counter-claimant Philadelphia

18  Indemnity Insurance Company's ("Philadelphia"[1]) motion for summary judgment and

19  dismissed Plaintiff Rush Residential, Inc.'s ("RRI") claims against Philadelphia.

20  (10/17/23 Order (Dkt. # 38).)  In that order, the court ordered the parties to show cause,

21

    _____

22      [1] Philadelphia was incorrectly named in this action as "Philadelphia Insurance
    Companies." (*See* Am. Ans. (Dkt. # 26) at 1.

ORDER - 1

1  by no later than October 27, 2023, why the court should not also grant summary

2  judgment in Philadelphia's favor on its declaratory judgment counterclaim.  (*Id.* at 17;

3  *see* Am. Ans. at 8-10.)  Philadelphia filed a timely response in which it asserted that the

4  court should grant summary judgment in its favor on its declaratory judgment claim

5  based on the same reasoning the court applied when granting summary judgment in

6  Philadelphia's favor on RRI's claim.  (Def. Resp. (Dkt. # 39).)  RRI, however, did not

7  respond to the order to show cause.  (*See generally* Dkt.)  Accordingly, the court

8  GRANTS summary judgment in Philadelphia's favor on its declaratory judgment

9  counterclaim based on the reasoning the court set forth in its order granting

10  Philadelphia's motion for summary judgment on RRI's claims.

11        Dated this 30th day of October, 2023.

12

13

14        JAMES L. ROBART
          United States District Judge

15

16

17

18

19

20

21

22

ORDER - 2